# EXHIBIT A

STATE OF CONNECTICUT   :
                       :  SS: HARTFORD          OCTOBER 20, 2015
COUNTY OF HARTFORD     :

Then and there by virtue hereof, and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT and STATEMENT OF AMOUNT IN DEMAND with and in the hands of Michelle Taylor, person in charge of Corporation Service Company, Statutory Agent for Service and duly authorized to accept service on behalf of the within named defendant **NAVIENT SOLUTIONS, INCORPORATED** at 50 Weston Street in the Town of Hartford.

The within is the original WRIT, SUMMONS, COMPLAINT and STATEMENT OF AMOUNT IN DEMAND with my doings hereon endorsed.

| | |
|---|---|
| SERVICE:  $ 40.00 | ATTEST: |
| PAGES:       12.00 | |
| TRAVEL:      12.00 | SCOTT M. KRAIMER |
| ENDORSEMENTS:  1.60 | CONNECTICUT STATE MARSHAL |
| TOTAL:    $ 65.60 | HARTFORD COUNTY |



**CORPORATION SERVICE COMPANY®**

# Notice of Service of Process

null / ALL
Transmittal Number: 14377373
Date Processed: 10/21/2015

| | |
|---|---|
| Primary Contact: | Anne Milem<br>Navient Corporation<br>2001 Edmund Halley Drive<br>Reston, VA 20191 |
| Copy of transmittal only provided to: | Nicola Murphy |
| Entity: | Navient Solutions, Inc.<br>Entity ID Number  3221398 |
| Entity Served: | Navient Solutions, Incorporated |
| Title of Action: | Nathan C. Nasser vs. Navient Solutions, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Bridgeport Superior Court, Connecticut |
| Case/Reference No: | 99362501921 |
| Jurisdiction Served: | Connecticut |
| Date Served on CSC: | 10/20/2015 |
| Answer or Appearance Due: | 11/17/2015 |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Nathan C. Nasser<br>203-579-3072 |
| Notes: | No page 2 of 2 after page 1 served on CSC. PDF image matches original document. |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com

# SUMMONS - CIVIL

JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main Street, Bridgeport, CT 06604 | ( 203 ) 579-6527 | November 17, 2015 |

| ☒ Judicial District / ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Bridgeport | Case type code (See list on page 2) Major: C   Minor: 90 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| NATHAN C. NASSER, Ventura, Ribeiro & Smith, 2160 Main Street, Suite 2B, Bridgeport, CT 06606 | 414924 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 203 ) 579-3072 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to)

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: NASSER, NATHAN  Address: 778 Valley Road, Fairfield, CT 06825 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: NAVIENT SOLUTIONS, INCORPORATED  Address: c/o: Corporation Service Company, 50 Weston Street, Hartford, CT 06120 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court / ☐ Assistant Clerk | Name of Person Signing at Left  NATHAN C. NASSER | Date signed  10/13/2015 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
A TRUE COPY
ATTEST:
SCOTT M. KRAIMER
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

| | |
|---|---|
| RETURN DATE: NOVEMBER 17, 2015 | : SUPERIOR COURT |
| NATHAN C. NASSER | : J. D. OF FAIRFIELD |
| VS. | : AT BRIDGEPORT |
| NAVIENT SOLUTIONS, INC. | : OCTOBER 13, 2015 |

## COMPLAINT

### FIRST COUNT:

1. Upon information and belief and at all times relevant hereto, Navient Solutions, Inc. (the "Defendant") has been a corporation engaged in the business of loan management, servicing and asset recovery.

2. Upon information and belief and at all times relevant hereto, the Defendant has been authorized to transact business within the State of Connecticut and has, in fact, been transacting business within the State of Connecticut.

3. In approximately 2005, Andrea H. Marcus (the "Borrower") obtained a student loan through Navient's successor, Sallie Mae, which was utilized to pay for her college tuition.

4. The Borrower's loan was in the approximate amount of $25,000.00 and has been

VENTURA, RIBEIRO & SMITH • ATTORNEYS AT LAW
2160 Main Street, Suite 2B • Bridgeport, CT 06606 • 203-579-3072 • Fax 203-579-3078

designated as Loan Number 99362501921.

5. At that time, Nathan C. Nasser (the "Plaintiff") agreed to act as a co-signer on the loan executed by the Borrower.

6. Pursuant to Navient's own regulations, the Borrower and the Plaintiff could request that the Plaintiff be released from his position and obligation as a co-signer if the Borrower filed an "Application to Request Release of Co-signer" and met certain financial conditions with supporting documentation.

7. The Borrower began the process of requesting that the Plaintiff be released as a co-signer in December of 2014, provided the Defendant with all necessary documentation in April of 2015, and has satisfied her financial obligations..

8. Despite demand by both the Borrower and the Plaintiff, the Defendant, its agents, servants and/or employees, have refused to provide the Plaintiff with a Release from his position and obligation as a co-signer.

9. Said actions by the Defendant to fail to provide the Plaintiff with a Release from his position and obligation as a co-signer constitutes a breach of contract by the Defendant.

VENTURA, RIBEIRO & SMITH • ATTORNEYS AT LAW
2160 Main Street, Suite 2B • Bridgeport, CT 06606 • 203-579-3072 • Fax 203-579-3078

## SECOND COUNT:

1-8. Paragraphs 1-8 of the First Count are hereby set forth as Paragraph 1-8 of the Second Count.

9. Said actions by the Defendant to fail to provide the Plaintiff with a Release from his position and obligation as a co-signer have been immoral, oppressive, and unscrupulous and constitutes unfair trade practices in violation of Connecticut General Statutes §42-110a, et seq.

## THIRD COUNT:

1-8. Paragraphs 1-8 of the First Count are hereby set forth as Paragraph 1-8 of the Third Count.

9. Said actions by the Defendant to fail to provide the Plaintiff with a Release from his position and obligation as a co-signer have negatively and adversely impacted the Plaintiff's credit standing in violation of 15 USC § 1681, ct. seq.

**FOURTH COUNT:**

1-8. Paragraphs 1-8 of the First Count are hereby set forth as Paragraph 1-8 of the Fourth Count.

9. Said actions by the Defendant to fail to provide the Plaintiff with a release from his position and obligation as a co-signer constitutes the intentional infliction of emotional distress upon the Plaintiff.

**FIFTH COUNT:**

1-8. Paragraphs 1-8 of the First Count are hereby set forth as Paragraph 1-8 of the Fifth Count.

9. Said actions by the Defendant to fail to provide the Plaintiff with a release from his position and obligation as a co-signer constitutes the negligent infliction of emotional distress upon the Plaintiff.

## SIXTH COUNT:

1-7. Paragraph 1-7 of the First Count are hereby set forth as paragraphs 1-7 of the Sixth Count.

8. On a number of occasions, the Plaintiff, his representatives, and the Borrower have contacted the Defendant, its agents, servants and/or employees by telephone, for purposes of speaking with the Defendant, its agents, servants and/or employees, to obtain the co-signer Release for the Plaintiff, as well as a copy of the original loan agreement and co-signer guarantee.

9. During most of their discussions, the Plaintiff, his representatives and the Borrower were put "on hold" for inordinate periods of time only to be advised that the loan would be reviewed, and that a copy of the original loan document and co-signer guarantee would be sent to the Plaintiff, and/or that the Plaintiff, his representatives and the Borrower would be called back to further discuss the issue of the co-signer guarantee.

10. The Plaintiff, his representatives and the Borrower were never called back by the Defendant, its agents, servants and/or employees, nor was a copy of the original loan document and co-signer guarantee ever forwarded to the Plaintiff, his representatives, or the Borrower.

11. Said actions were taken by the Defendant, its agents, servants, and/or employees, with the intent of frustrating the Plaintiff from seeking a release as co-signer and as a disincentive to the Plaintiff in pursuing his release as a co-signer.

12. Said actions by the Defendant constitute a breach of contract by the Defendant.

## SEVENTH COUNT:

1-11. Paragraphs 1-11 of the Sixth Count are hereby set forth as paragraphs 1-11 of the Seventh Count.

12. Said actions by the Defendant were immoral, oppressive and unscrupulous and constitute unfair trade practices in violation of Connecticut General Statutes § 42-110a et. seq.

## EIGHTH COUNT:

1-11. Paragraphs 1-11 of the Sixth Count are hereby set forth as paragraphs 1-11 of the Eighth Count.

12. Said actions by the Defendant constitute the intentional infliction of emotional

distress upon the Plaintiff.

## NINTH COUNT:

1-11. Paragraphs 1-11 of the Sixth Count are hereby set forth as paragraphs 1-11 of the Ninth Count.

12. Said actions constitute the negligent infliction of emotional distress upon the Plaintiff.

## TENTH COUNT:

1. On October 6, 2015, the Defendant, its agents, servants and/or employees, contacted the Plaintiff on his cell phone with regard to an alleged late payment by the Borrower, with the express purpose of attempting to obtain payment from the Plaintiff.

2. On October 1, 2012, the Plaintiff had sent a certified letter, return receipt requested, instructing the Defendant's predecessor, Sallie Mae, not to contact the Plaintiff by cell phone or correspondence and further informed the predecessor that if it wished to discuss issues relating to the debt, to contact Plaintiff's attorney relating to said issues.

3. The cell phone contact by the Defendant on October 6, 2015 constitutes a violation of 15 U.S.C. § 1692, et. seq. and Connecticut General Statutes § 36-645, et. seq.

## ELEVENTH COUNT:

1. On October 6, 2015, the Defendant, its agents, servants and/or employees, contacted the Plaintiff by email correspondence with regard to an alleged late payment by the Borrower, and with the express purpose of attempting to obtain payment from the Plaintiff.

2. Paragraph 2 of the Tenth Count is hereby set forth as paragraph 2 of the Eleventh Count.

3. The email correspondence sent by the Defendant on October 6, 2015 constitutes a violation of 15 U.S.C. § 1692, et. seq. and Connecticut General Statues § 36-645, et. seq.

## TWELFTH COUNT:

1. On October 11, 2015, the Defendant, its agents, servant and/or employees, contacted the Plaintiff by regular mail with regard to an alleged late payment by the Borrower, and with the express purpose of attempting to obtain payment from the Plaintiff.

2. Paragraph 2 of the Tenth Count is hereby set forth as paragraph 2 of the Twelfth Count.

3. The regular mail sent by the Defendant on October 11, 2015 constitutes a violation of 15 U.S.C. § 1692, et seq. and Connecticut General Statues § 36-645, et. seq.

VENTURA, RIBEIRO & SMITH • ATTORNEYS AT LAW
2160 Main Street, Suite 2B • Bridgeport, CT 06606 • 203-579-3072 • Fax 203-579-3078

WHEREFORE, the Plaintiff seeks:

1. A release from the Defendant of his capacity of co-signer of the Borrower's loan;

2. Monetary damages;

3. Punitive damages pursuant to Connecticut General Statutes § 42-110a et. seq.;

4. Reasonable attorney's fees;

5. Costs; and

6. Such other and further relief as in further relief as in law or equity may appertain.

THE PLAINTIFF,

BY _____
Nathan C. Nasser
Ventura, Ribeiro & Smith
900 Madison Avenue, Suite 215
Bridgeport, CT 06606
(203)-579-3072/Juris #414924

A TRUE COPY
ATTEST:

_____
SCOTT M. KRAIMER
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

| | |
|---|---|
| RETURN DATE: NOVEMBER 17, 2015 | : SUPERIOR COURT |
| NATHAN C. NASSER | : J. D. OF FAIRFIELD |
| VS. | : AT BRIDGEPORT |
| NAVIENT SOLUTIONS, INC. | : OCTOBER 13, 2015 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand in the above-captioned matter is not less than FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

The Plaintiff,

By _[signature]_
Nathan C. Nasser, Esq.
Ventura, Ribeiro & Smith
235 Main Street
Danbury, CT 06810
(203)-791-9040/Juris #414924

A TRUE COPY
ATTEST:

SCOTT M. KRAMER
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

VENTURA, RIBEIRO & SMITH • ATTORNEYS AT LAW
2160 Main Street, Suite 2B • Bridgeport, CT 06606 • 203-579-3072 • Fax 203-579-3078